**Jesus C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez Guereca; Maria Guadalupe Guereca Bentacour, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez Guereca, Plaintiffs–Appellants**

---

v.

UNITED STATES of America; United States Department of Homeland Security; United States Bureau of Customs and Border Protection; United States Border Patrol; United States Immigration and Customs Enforcement Agency; United States Department of Justice, Defendants–Appellees

Jesus C. Hernandez, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez Guereca; Maria Guadalupe Guereca Bentacour, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez, Plaintiffs–Appellants

v.

Jesus Mesa, Jr., Defendant–Appellee

Jesus C. Hernandez, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez Guereca; Maria Guadalupe Guere Bentacour, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor–in–Interest to the Estate of Sergio Adrian Hernandez, Plaintiffs–Appellants

v.

Ramiro Cordero; Victor M. Manjarrez, Jr., Defendants–Appellees.

Nos. 11–50792, 12–50217, 12–50301.

United States Court of Appeals, Fifth Circuit.

Nov. 5, 2014.

Robert C. Hilliard, Esq., Rudy O. Gonzales, Jr., Marion M. Reilly, Hilliard Munoz Gonzales, L.L.P., Corpus Christi, TX, Cristobal Miguel Galindo, Houston, TX, Steve D. Shadowen, Esq., Hilliard & Shadowen, L.L.C., Mechanicsburg, PA, for Plaintiff–Appellant.

Henry Charles Whitaker, U.S. Department of Justice, Washington, DC, Harold Edwin Brown, Jr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, Helen Louise Gilbert, Esq., Daniel Joseph Lenerz, Esq., Robert Mark Loeb, U.S. Department of Justice, Washington, DC, Zachary Carl Richter, Assistant U.S. Attorney, U.S. Attorney's Office, Austin, TX, for Defendant–Appellee.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

ON PETITIONS FOR REHEARING EN BANC

BY THE COURT:

A member of the court having requested a poll on the petitions for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.